No. 714. JOHN A. RIPPER, PETITIONER, *v.* THE UNITED STATES. December 5, 1910. Petition for a writ of certi-

orari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Thomas T. Fauntleroy, Mr. Shepard Barclay* and *Mr. P. H. Cullen* for petitioner. *The Attorney General* and *Mr. Assistant Attorney General Harr* for respondent.